# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KING INVESTMENT GROUP, LLC, PETER PAPADOPOULOS, HRISTOS PAPADOPOULOS AND ANITA PAPADOPOULOS

        v.

JOHN R. BLACKBURN, III AND DONANNE M. BLACKBURN

PETITION OF: JOHN R. BLACKBURN, III

: No. 683 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 14th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.